# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             CASE NUMBER:   15 CV 2402

Turrell Thompson,

        v.

Pasko, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Detectives Pasko and Wisz.

| | |
|---|---|
| **NAME** (Type or print) <br> Maria E. Magginas | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> /s/ Maria E. Magginas | |
| **FIRM** <br> City of Chicago Department of Law | |
| **STREET ADDRESS** <br> 30 N. LaSalle Street, Suite 900 | |
| **CITY / STATE / ZIP** <br> Chicago, IL 60602 | |
| **ID NUMBER** (See item 3 in instructions) <br> 6313401 | |
| **TELEPHONE NUMBER** <br> (312) 744-8335 | **EMAIL ADDRESS** <br> Maria.Magginas2@cityofchicago.org |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? <br> YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |